### 15280. LEWIS v. THE STATE.

BROYLES, C. J. 1. Under the facts of the case it was not error for the judge to fail to charge the law of justifiable homicide in defense of property or habitation.

2. The evidence and portions of the defendant's statement to the jury authorized the charge upon the law of mutual combat and voluntary manslaughter, and the charge was not erroneous for any reason assigned.

3. The verdict was authorized by the evidence, and the overruling of the motion for a new trial was not error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 15, 1924.

Conviction of manslaughter; from Floyd superior court—Judge Wright. December 12, 1923.

*Harris & Ennis,* for plaintiff in error.

*E. S. Taylor, solicitor-general,* contra.